# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALBERT PEREZ,** | : | **CIVIL ACTION** |
|     **Plaintiff,** | : | |
| | : | **No. 14-5619** |
|     **v.** | : | |
| | : | |
| **JOHN WETZEL et al.,** | : | |
|     **Defendants.** | : | |

**MCHUGH, J.**                                                                                                       **MAY 19, 2015**

## ORDER

    This 19th day of May, 2015, upon consideration of Defendants' Motions to Dismiss and all accompanying submissions, it is hereby **ORDERED** that Defendants' Motions to Dismiss are **GRANTED**.  Since no claims remain against any of the named Defendants who have been served in the action, the action is **DISMISSED** in its entirety.

                                                   /s/ Gerald Austin McHugh
                                              United States District Court Judge